# Exhibit 7

**Request to U.S. Immigration and Customs Enforcement**
**October 17, 2025**



October 17, 2025

Fernando Pineiro
FOIA Officer
United States Immigration and Customs Enforcement
FOIA Office
500 12th Street SW, Stop 5009
Washington, DC 20536-5009
ice-foia@ice.dhs.gov

**VIA EMAIL AND SECURERELEASE**

Dear Mr. Pineiro:

The Democratic National Committee (DNC) submits this request for records pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and Department of Homeland Security (DHS) procedures for disclosure of records under FOIA, 6 C.F.R. §§ 5.1-.13.

The DNC requests the following records from January 20, 2025, to the date this request is processed.

All records relating to the deployment, posting, or positioning of United States Immigration and Customs Enforcement (ICE) personnel within, at, or in proximity to polling places, ballot drop boxes, or election offices, including but not limited to during early voting periods, on the date of an election, or between the date of an election and certification of the results of such election.

This request includes—but is not limited to—records containing or relating to:

1. Communications within, among, or between the DHS Office of the Executive Secretary, ICE, and/or the Executive Office of the President;

2. Purely factual material;

3. Formal or informal directives or orders from the Executive Office of the President, the Office of the Executive Secretary, ICE leadership, or any other political appointee;

4. Policy documents, including documents authorizing or prohibiting agency actions, and

5. Final agency decisions or actions.

The above request excludes agency records consisting solely of news articles or press clippings, so long as the records include no accompanying discussion by agency officials.

If it is your position any portion of the requested records is exempt from disclosure, the DNC requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments—but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible—please state what portion of the document is non-exempt and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

<u>Fee Waiver Request</u>

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, the DNC requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, the preservations of individual voting rights, and potential violations of 18 U.S.C. § 592, and the disclosures likely will contribute to a better understanding of relevant government procedures by the DNC and the general public in a significant way. *See* 5 U.S.C. § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g.*, *Judicial Watch v. Rossotti*, 326 F.3d 1309, 1312-13 (D.C. Cir. 2003); *McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987); *see also* 6 C.F.R. § 5.11(b)(1), (k).

For years, rumors have circulated that ICE personnel may appear at the polls on Election Day. *See, e.g.*, Isiah Holmes, *Rumors of ICE Agents at Polling Places Appear Unfounded*, Wisconsin Examiner, Apr. 1, 2025. Previously, ICE has responded by clarifying that its personnel "do[] not patrol or conduct enforcement operations at polling locations." Ciara O'Rourke, *ICE Says It's Not Patrolling Polling Locations on Election Day*, PolitiFact, Feb. 26, 2020; *see also* Kwasi Gyamfi Asiedu, *ICE Told Staff Not to Wear uniform When Voting Due to Long-Standing Policy, Unrelated to Noncitizens*, Politifact, Nov. 6, 2024. In recent months, however, ICE has dramatically escalated enforcement activity, including through intensive operations in major American cities. In addition, Secretary Noem has indicated that in 2026, ICE personnel will be deployed at major public events, such as the Super Bowl. Whether or not ICE continues to prohibit enforcement operations at polling places is a matter of national interest. The requested records will shed light on whether ICE policy towards Election Day enforcement has changed alongside other increases in enforcement activity.

The DNC is the oldest continuing party committee in the United States and is the Democratic Party's national committee. *See* 52 U.S.C. § 30101(14). As a 527 political organization, the DNC is a non-profit entity. *See* 26 U.S.C. § 527(e)(1). The DNC is organized to nominate and assist in the election of Democratic candidates, including through the education of its voters. The DNC utilizes research, communications, and voter mobilization functions to advance its mission. The DNC intends to analyze the information responsive to this request and to share its analysis with the public through press releases and other means. The release of information obtained through this request is not in the DNC's financial interest.

Under these circumstances, the DNC satisfies fully the criteria for a fee waiver.

<u>Conclusion</u>

If you have any questions about this request or foresee any problems in fully releasing the requested records, please contact me at (202) 923-6429 or freemand@dnc.org.  Also, if the DNC's request for a fee waiver is not granted in full, please contact me immediately upon making such a determination.

Where possible, please produce records in electronic format.  Please send the requested records to me at either freemand@dnc.org or Daniel Freeman, Democratic National Committee, 430 South Capitol Street SE #3, Washington, DC 20003.  Thank you for your assistance.

Sincerely,

*Daniel J. Freeman*

Daniel J. Freeman
Litigation Director
Democratic National Committee
430 South Capitol Street SE #3
Washington, DC 20003
(202) 923-6429
freemand@dnc.org