UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 26-0825 (BAH)

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO SUBMIT JOINT MEET AND CONFER REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants U.S. Department of Justice, U.S. Department of Homeland Security, and U.S. Department of Defense, by and through undersigned counsel, respectfully move for a two-day extension, to May 22, 2026, of the parties' time to submit their Joint Meet and Confer Report in this FOIA matter.  A proposed order is attached.

In support of this Motion, Defendants state as follows:

1.      Because Defendants filed their answer on May 6, 2026, the parties' Joint Meet and Confer Report is due on May 20, 2026.  *See* ECF No. 7 § 4(b)(ii).

2.      Defendants respectfully submit that good cause supports their request for a two-day extension of this deadline to May 22, 2026.  Undersigned counsel was assigned an emergency matter on May 14, 2026, and was the primary attorney responsible for expedited briefing in that matter and was required to meet briefing deadlines on May 15, 18, and 19, 2026.  *See* ECF Nos. 7, 8, 12, 13 in *Rolls v. Meink*, No. 26-cv-1591 (D.D.C.).  Consequently, the undersigned was unable to timely prepare a draft Joint Meet and Confer Report for review by the eleven agency components that are recipients of the FOIA requests at issue in this litigation.

3. Defendants acknowledge that pursuant to this Court's standing order, motions for extension must generally be filed "at least 4 days prior to the deadline," ECF No. 7 § 8(b), and regret that the instant request does not comply with that rule. Defendants respectfully submit that compliance with the rule was impracticable in light of undersigned's responsibilities in the emergency matter described above.

4. This is the first request by either party for an extension of the Joint Meet and Confer Report deadline. Defendants previously requested and received one extension of their time to answer the complaint.

5. The requested extension would not affect any other deadlines in this case.

6. Pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiff's counsel via telephone and electronic mail and Plaintiff's counsel advised that he does not oppose the requested relief.

Dated: May 20, 2026

Respectfully submitted,

_/s/ Andrew J. Vaden_____
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorney for the United States of America*