UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>Defendants. | Civil Action No. 26-0825 (BAH) |

**DEFENDANTS' MOTION TO MODIFY**
**THE COURT'S AUGUST 22, 2026 MINUTE ORDER**

Defendants U.S. Department of Justice, U.S. Department of Homeland Security, and U.S. Department of Defense, by and through undersigned counsel, respectfully move to modify the Court's August 22, 2026 Minute Order as described below. The parties have conferred and Plaintiff takes no position on this motion. A proposed order is attached.

In support of this Motion, Defendants state as follows:

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA") and relates to eleven FOIA requests submitted by Plaintiff to Defendants. One such request was submitted to the Office of the Secretary of War ("OSW"), which conducted a search consistent with guidance provided by Plaintiff on January 6, 2026, and which made a production to Plaintiff on July 31, 2026. ECF No. 24 ¶ 3. OSW completed its review of the documents located in its search on August 18, 2026. ECF No. 25 ¶ 2.

2. On August 20, 2026, counsel for Plaintiff wrote the undersigned to express his view that OSW records concerning specified Questions for the Record ("QFRs") were likely responsive and requested a supplemental search. Plaintiff noted this request in the Joint Status Report filed

the following day, and Defendants agreed to conduct the requested search. ECF No. 25 at 1–2; *id.* ¶ 2.

3. In a Minute Order entered on August 22, 2026, the Court took note of Plaintiff's request and directed the "Office of the Secretary of Defense/Joint Staff to complete supplemental searches and to begin processing potentially responsive records by August 28, 2026."

4. Defendants have made substantial progress on the supplemental search and have begun processing potentially responsive records. In particular, OSW has located the final responses to all the QFRs at issue and certain materials related to their drafting, and has begun processing those documents. However, search efforts with respect to certain QFR responses drafted by Northern Command cannot be completed by August 28, 2026, because the pertinent custodian identified has left the Legislative Affairs Team. Defendants therefore respectfully request a two-week extension of the Court's original deadline, to September 11, 2026, with respect to completion of the search efforts with respect to Northern Command.

5. Pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiff's counsel via electronic mail and Plaintiff's counsel advised that Plaintiff takes no position on Defendants' request.

Dated: August 27, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*