UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 26-0825 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Modify, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall complete their search efforts with respect to Northern Command by September 11, 2026.

SO ORDERED.

Dated:

______________________________
BERYL A. HOWELL
United States District Judge