UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 26-0825 (BAH) |

**DEFENDANTS' CONSENT MOTION TO MODIFY**
**THE COURT'S PRIOR MINUTE ORDERS**

Defendants U.S. Department of Justice, U.S. Department of Homeland Security, and U.S. Department of Defense, by and through undersigned counsel, respectfully move to modify the Court's May 27, 2026, and July 13, 2026 Minute Orders so as to relieve Defendants of their obligation to process 1,000 pages of potentially responsive records per month and vacate the requirement that the parties file a joint status report every fourteen days. The parties have conferred and Plaintiff consents to the relief requested. A proposed order is attached.

In support of this Motion, Defendants state as follows:

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA") and relates to eleven FOIA requests submitted by Plaintiff to Defendants. In the course of this litigation, the Court imposed processing rates of 500 pages per month per request and later 1,000 pages per month per request on the Defendant agencies. Specifically, the Court's May 27, 2026 Minute Order directed Defendants "to begin processing records potentially responsive to plaintiff's requests at a rate of 500 pages per month for each outstanding request, and to begin producing records to plaintiff each month thereafter on a rolling basis." And the Court's July 13, 2026 Minute Order directed Defendants to "immediately begin processing potentially responsive to plaintiff's

requests at a rate of at least 1,000 pages per month, including the month of July, and producing records for each outstanding request." The same Minute Order required the parties to file a joint status report on July 24, 2026, "and every 14 days thereafter."

2. As previously reported, all agency components but one have completed processing of potentially responsive documents located in response to Plaintiff's requests. *See, e.g.*, ECF No. 29 ¶¶ 2–3; ECF No. 24 ¶¶ 2, 7. The remaining agency component is Customs and Border Protection ("CBP"), which has completed its review of the potentially responsive records that the parties agreed to prioritize, as well as a sample (taken in accordance with agreed parameters) of the deprioritized potentially responsive records, none of which were responsive to Plaintiff's request. ECF No. 30 ¶ 3; ECF No. 29 ¶ 4. Continued application of the Court's July 13, 2026 Minute Order would require CBP to process 1,000 pages per month of the remaining deprioritized records, which comprise more than 20,000 pages. Defendants respectfully submit that CBP's time and resources are best directed to other requests at this time.

3. For similar reasons, Defendants respectfully submit that the requirement in the July 13, 2026 Minute Order that the parties submit a joint status report every fourteen days should be vacated. Defendants propose instead that the Court order joint status reports at whatever intervals it deems appropriate as the parties aim to narrow or eliminate issues that might otherwise be subject to motion practice.

4. Pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiff's counsel via electronic mail and Plaintiff's counsel advised that Plaintiff consents to the relief requested.

Dated: October 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Andrew J. Vaden_
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*